JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LAM,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIE MARTIN BARBA AKA LUIS M. BARBA, individually and doing business as NATIONAL BANK NS,<br><br>    Defendant. | Case No. CV 16-3733-CAS (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On May 27, 2016, Defendant Louie Martin Barba, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the

1  Court issues this Order to summarily remand the action to state
2  court.
3
4      Simply stated, this action could not have been originally
5  filed in federal court because the complaint does not allege facts
6  supporting either diversity or federal-question jurisdiction, and
7  therefore removal is improper. 28 U.S.C. § 1441(a); see <u>Exxon
8  Mobil Corp. v. Allapattah Svcs., Inc.</u>, 545 U.S. 546, 563 (2005).
9  Defendant's Notice Of Removal asserts that "the Plaintiff's right
10 to relief necessarily depends on resolution of a substantial
11 question of Federal law." (Notice Of Removal at 4). Defendant's
12 allegations are inadequate to confer federal question jurisdiction.
13
14     Accordingly, IT IS ORDERED that (1) this matter be REMANDED
15 to the Superior Court of California, County of Los Angeles, 300
16 East Walnut Street, Pasadena, CA 91101, for lack of subject matter
17 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a
18 certified copy of this Order to the state court; and (3) the Clerk
19 serve copies of this Order on the parties. IT IS SO ORDERED.
20
21 DATED: June 6, 2016            *Christina A. Snyder*
22                                ─────────────────────────
                                   CHRISTINA A. SNYDER
23                                 UNITED STATES DISTRICT JUDGE